IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GABRIEL SANCHEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MCCORMICK TRUCKING INC., *et al.*, | ) ) |
| Defendants. | ) Civil Action No. 3:21-CV-1471-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Plaintiff's Motion to Dismiss should be construed as a notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and that this civil action should be dismissed without prejudice.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court construes Plaintiff's Motion to Dismiss as a notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and **ORDERS** that this civil action be dismissed without prejudice. Any and all remaining Motions are **DENIED** as moot.

SO ORDERED.

Dated July 27, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE